IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:18-cr-04017-BCW-9 |
| **Eapen George Thampy**, | ) ) | |
| Defendant. | ) ) ) | |

ORDER APPOINTING COUNSEL

ORDERED that John Roodhouse is appointed to represent the defendant before the United States District Court in all proceedings in this court unless and until relieved by order of the United States District Court for the Western District of Missouri.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
United States Magistrate Judge

June 4, 2019
Jefferson City, MO