# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-04017-03/09-CR-C-BCW |
| ) | |
| EAPEN THAMPY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Michael L. Belancio of Foland, Wickens, Roper, Hofer & Crawford, P.C. and enters his appearance as counsel for Defendant Eapen Thampy.

                                                  Respectfully submitted,

                                                  FOLAND, WICKENS, ROPER,
                                                   HOFER & CRAWFORD, P.C.


                                                   */s/ Michael L. Belancio*
Michael L. Belancio        MO #50115
1200 Main Street, Suite 2200
Kansas City, MO 64105-2159
816-472-7474
816-472-6262 Facsimile
mbelancio@fwpclaw.com
***ATTORNEY FOR DEFENDANT***
***EAPEN THAMPY***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of June, 2019 a copy of the foregoing was electronically filed using the Court's ECF/CM filing system, which sends electronic notice to all counsel of record.

*/s/ Michael L. Belancio*
***Attorney for Defendant Eapen Thampy***