IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:18-cr-04017-BCW-9 |
| **Eapen George Thampy**, | ) ) ) | |
| Defendant. | ) ) | |

ORDER TERMING APPOINTED COUNSEL

The above-named defendant has retained counsel, therefore it is

ORDERED that John Roodhouse is termed as appointed counsel in this case.

*Willie J. Epps, Jr.*
Willie J. Epps, Jr.
United States Magistrate Judge

June 5, 2019