IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-CR-04017-BCW |
| vs. ) | |
| ) | |
| EAPEN THAMPY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO PROCEED BY VIDEO TELECONFERENCE

COMES NOW Defendant, Eapen Thampy, by and through his attorney, pursuant to the Criminal Case Operations Due to COVID-19 Response, respectfully requests this Court to proceed by video teleconference for his change of plea hearing.

According to the Criminal Case Operations Due to COVID-19 Response order, the use of video conferencing (or telephone conferencing if video conferencing is not reasonably available) has been authorized by United States District Court Judge Wiliam J. Epps where necessary.

Defendant respectfully requests the Court proceed via video teleconference with a change of plea hearing on June 16, 2020.

Respectfully submitted,

*/s/ Shawn M. Lee*
Shawn M. Lee            MO WD #67815
2005 Burlington St.
North Kansas City, MO 64116
816-287-3787 / 816-897-1090 Facsimile
slee@kcdefensecounsel.com
***ATTORNEY FOR DEFENDANT***