# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-04017-09-CR-C-BCW |
| ) | |
| EAPEN THAMPY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW

Attorney Shawn M. Lee, pursuant to Local Rule 83.2, moves the Court for leave to withdraw for Defendant Eapen Thampy. In support counsel states:

1. Mr. Thampy engaged Shawn Lee as his primary counsel.

2. Mr. Thampy is not able to afford legal counsel.

3. Counsel of record is a solo practitioner without the resources to absorb any further unpaid legal fees.

4. Counsel has developed a conflict of interest.

5. Mr. Thampy and counsel of record have developed a disagreement over the handling of the case which cannot be resolved.

6. Mr. Thampy wishes to retain new counsel of record.

7. Mr. Lee has obtained the permission of Mr. Thampy to withdraw. See *Exhibit A - Affidavit of Defendant*.

There is no victim who is in need of expeditious justice and opposing counsel will not be prejudiced by reappointment of a federal public defender under the Criminal Justice Act. A

1

continuance would allow new counsel of record to review the file in preparation for a sentencing hearing.

As such, there is good cause to grant this motion permitting Shawn M. Lee leave to withdraw.

Respectfully submitted,

*/s/ Shawn Lee*
Shawn Lee        MO #67815
P.O. Box 154
6320 Brookside Plaza
Kansas City, MO 64113
573-694-0988
slee@spectrumlawoffice.com

**WITHDRAWING ATTORNEY FOR
DEFENDANT EAPEN THAMPY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd Day of November, 2020 a copy of the foregoing was electronically filed using the Court's ECF/CM filing system, which sends electronic notice to all counsel of record.

*/s/ Shawn M. Lee*