**Affidavit**

I, Eapen Thampy, consent to the withdrawal of my attorney.

*[signature: Eapen Thampy]*

Eapen Thampy
4201 Locust Street
Kansas City, MO 64110

Exhibit A